```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
DANIEL MALLO,                                           :
                                                        :
                              Plaintiff,                :
                                                        :
              -against-                                 :
                                                        :
CYRUS R. VANCE, JR. ET AL.,                             :
                                                        :
                              Defendants.               :
------------------------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 12, 2022

21-cv-10488 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court has reviewed the submissions regarding Defendants' anticipated motion to dismiss the Complaint. Defendants are granted leave to file their motion. The parties shall submit their briefs according the following briefing schedule:

Defendants' motion to dismiss: Due June 9, 2022

Plaintiff's opposition: Due July 7, 2022

Defendants' reply: Due July 21, 2022.

**SO ORDERED.**

**Dated:** May 12, 2022
New York, New York

*/s/ Andrew L. Carter, Jr.*
_____
**ANDREW L. CARTER, JR.**
**United States District Judge**