**DISTRICT ATTORNEY**
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



**ALVIN L. BRAGG, JR.**
DISTRICT ATTORNEY



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/31/22_____

May 25, 2022

**Via ECF**
Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

MEMO ENDORSED

Re:   *Daniel Mallo v. Cyrus R. Vance, Jr., et al.*
      21 Civ. 10488 (ALC)

Your Honor:

I am an Assistant District Attorney in the Office of Alvin L. Bragg, Jr., New York County District Attorney, and the attorney assigned to represent Cyrus R. Vance, Jr., the former New York County District Attorney, and former Assistant District Attorneys Emily Bradford and Jerrold Steigman ("defendants"), in the above-referenced case. Defendants write to respectfully request that the Court briefly extend the motion schedule it ordered on May 12, 2022. Specifically, defendants request that the deadline to submit their motion to dismiss the complaint be extended from June 9, 2022, to and including June 30, 2022, and that accordingly, the deadline for plaintiff's opposition be extended to July 28, 2022, and defendants' reply, if any, be due on August 11, 2022.

This is defendants' first request for the relief sought herein. The undersigned has conferred with plaintiff, *pro se*, via email regarding this application. Plaintiff represents that he does not oppose the requested extension and that he agrees to the revised motion schedule proposed by defendants.

Defendants respectfully submit that the requested extension is necessary to accommodate the undersigned who has scheduling conflicts that were pending at the time the Court ordered the current motion schedule, including deadlines relating to motion practice and the production of voluminous discovery, each relating to other matters.

Therefore, defendants respectfully request that the Court extend the motion schedule for defendants' motion to dismiss the complaint as stated herein.

Defendants thank the Court for its consideration.

Respectfully submitted,

*[signature]*
_____
Corey S. Shoock
Assistant District Attorney
*Attorney for Defendants*
(212) 335-3641
shoockc@dany.nyc.gov

cc: Daniel Mallo (Via ECF and Email)
*Plaintiff, Pro Se*
1319 Railway Avenue East
Lavina, Montana 59046
rangerdanny@msn.com

SO ORDERED:

*[signature]*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

5/31/22

2